GERALD THOMPSON et al., Appellants, v. CLARENCE DAVIS, Respondent. — Judgment and order unanimously reversed on the law and facts and a new trial granted, with costs to the appellants to abide the event. Memorandum: The verdict is against the weight of the evidence. (Appeal from judgment of Niagara Trial Term dismissing the complaints in an automobile negligence action; also appeal from order denying motion for a new trial.) Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.

BONNIE V. HARBACH, Respondent-Appellant, v. FRANCIS O. HARBACH, Appellant-Respondent.— Order unanimously modified by deleting the third ordering paragraph thereof, and as modified affirmed, with costs to plaintiff. Memorandum: There is insufficient proof to justify the allowance contained in the third ordering paragraph of the order. (Appeal from order of Onondaga Special Term directing payment of temporary alimony, and counsel fees and advance legal disbursements.) Present — Bastow, J. P., Goldman, Henry, Del Vecchio and Marsh, JJ.